MONTGOMERY PAEK, ESQ., Bar # 10176
AMY L. THOMPSON., Bar # 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: mpaek@littler.com
Email: athompson@littler.com

Attorneys for Defendants
AMERIPRISE FINANCIAL, INC. and
AMERIPRISE FINANCIAL SERVICES, INC.
n/k/a AMERIPRISE FINANCIAL SERVICES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE A. EASLEY, individually, | |
| Plaintiff, | Case No. 2:19-cv-02214-APG-BNW |
| vs. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| AMERIPRISE FINANCIAL, INC., a Delaware Corporation; and AMERIPRISE FINANCIAL SERVICES, INC., a Delaware Corporation, | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to LR 6-1 and LR II 7-1, Plaintiff, JASMINE A. EASLEY, and Defendants, AMERIPRISE FINANCIAL, INC. and AMERIPRISE FINANCIAL SERVICES, INC., through their respective attorneys of record, hereby stipulate and agree that Defendants have an additional twenty one (21) days to answer or otherwise respond to Plaintiff's Complaint. Defendants were served with a copy of the Summons and Complaint on January 30, 2020. Defendants' responses are currently due on February 20, 2020. Good cause exists to grant this extension because Defendants require the additional time to investigate and prepare their responses to the Complaint. Moreover, counsel for Plaintiff and Defendants are meeting and conferring as to a potential stipulation related to the parties and claims in the case and believe it is in the interest of judicial economy to continue

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

those discussions prior to Defendants responding to the Complaint.

If the requested extension is granted, Defendants will file their responses on or before March 12, 2020. This is the first request for an extension made by the parties and the parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: February 13, 2020

Respectfully submitted,

*/s/ Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ.
LAGOMARSINO LAW

Attorney for Plaintiff
JASMINE A. EASLEY

Dated: February 13, 2020

Respectfully submitted,

*/s/ Amy L. Thompson*
MONTGOMERY PAEK, ESQ.
AMY L. THOMPSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
AMERIPRISE FINANCIAL, INC. and
AMERIPRISE FINANCIAL SERVICES, INC.

**IT IS SO ORDERED**

**DATED: February 14, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4851-0676-4980.1 057419.1005

2.