MONTGOMERY PAEK, ESQ., Bar # 10176
AMY THOMPSON, ESQ., Bar # 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
Email: mpaek@littler.com
Email: athompson@littler.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE A. EASLEY, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERIPRISE FINANCIAL SERVICES, INC. n/k/a AMERIPRISE FINANCIAL SERVICES, LLC, a Delaware Corporation,<br><br>    Defendant. | Case No. 2:19-cv-02214-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR II 26-4, Plaintiff, JASMINE EASLEY and Defendant, AMERIPRISE FINANCIAL SERVICES, INC. n/k/a AMERIPRISE FINANCIAL SERVICES, LLC, by and through their respective counsel of record, hereby stipulate to amend the Discovery Plan and Scheduling Order (ECF No. 14) by extending the outstanding discovery deadlines for a period of ninety (90) days.  This is the first request for an extension to the Discovery Plan and Scheduling Order in this matter.  The requested extension is sought in good faith and not for purposes of undue delay. This request is submitted at least twenty-one (21) days or more before each deadline set forth below.

**DISCOVERY COMPLETED TO DATE**

The parties have exchanged initial disclosures pursuant to FRCP 26(a)(1).  Plaintiff and Defendant have each served a first supplement to their initial disclosures.  Defendant propounded its First Set of Interrogatories and Requests for Production of Documents on Plaintiff and has received

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

responses.  Plaintiff propounded her First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission and Defendant has responded to the Requests for Production and Requests for Admission.  Defendant's answers to Plaintiff's Interrogatories are due June 25, 2020.  Defendant has issued a FOIA request and received a response.  Defendant has issued third party subpoenas to Plaintiff's prior employers and medical providers.

## DISCOVERY THAT REMAINS TO BE COMPLETED

Written discovery is ongoing in this case.  The parties are in the process of reviewing each other's discovery responses.  Defendant will require time to receive and review subpoenaed records, assess the need for third-party depositions concerning the subpoenaed records, and take Plaintiff's deposition together with any percipient witnesses.  Plaintiff intends to take depositions of Defendant's percipient witnesses.

## REASONS FOR EXTENSION TO COMPLETE DISCOVERY

This extension is necessary to allow both parties ample time to complete all appropriate discovery.  Specifically, additional time is needed to complete written discovery and serve and receive responses to third-party subpoenas, as well as notice and take depositions and conduct additional third-party discovery.  Responses to subpoenas have been delayed due to COVID-19 related issues resulting in delays in service and response time due to business impacts of the third parties where subpoenas were directed.  Moreover, Defendant has only recently received an authorization from Plaintiff to subpoena Plaintiff's medical records and will need to obtain and review those records in order to sufficiently evaluate the need for an expert.  Further, defense counsel will be taking a leave of absence tentatively beginning July 13, 2020 and as a result it is anticipated that depositions may be delayed.

The parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadline.  Good cause exists to extend all deadlines in order to permit the parties to achieve their respective stated discovery goals and in consideration of current restrictions in place that have affected the parties' availability, witness availability, and undersigned counsel's availability.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

**PROPOSED REVISED DISCOVERY PLAN**

1. Discovery Cut-Off Deadline

The discovery cut-off deadline shall be extended for ninety (90) days from September 7, 2020 to **December 7, 2020**.

2. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)

In accordance with Rule 26(a)(2), initial disclosures identifying experts shall be made sixty (60) days prior to the discovery cut-off date, and therefore, not later than **October 8, 2020** and disclosures identifying rebuttal experts shall be made thirty (30) days after the initial disclosure of experts and, therefore, not later than **November 9, 2020**.

3. Dispositive Motions Deadline

The parties shall file dispositive motions thirty (30) days after the extended discovery cut-off date of December 7, 2020 and therefore, not later than **January 6, 2021.**

4. Joint Pretrial Order Deadline

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed thirty (30) days after the date set for filing dispositive motions, and therefore, not later than **February 5, 2021.** In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

5. Fed. R. Civ. P. 26(a)(3) Disclosures

If no dispositive motions are filed, and unless otherwise ordered by this Court, the pre-trial disclosures deadline shall be thirty (30) days from the extended dispositive motions deadline of January 6, 2021, and therefore, not later than **February 5, 2021.**

6. Interim Status Report Deadline

An Interim Status Report was filed on May 27, 2020 (ECF No. 21).

///

///

///

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

7. <u>Extensions or Modification of the Discovery Plan and Scheduling Order</u>

In accordance with Local Rule 26-4, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

Accordingly, the parties stipulate, subject to approval of this Court, to the following new proposed deadlines:

|  | Current Deadline | **Revised Deadline** |
|---|---|---|
| Discovery Cut-Off | September 7, 2020 | **December 7, 2020** |
| Fed. R. Civ. P. 26(a)(2) Disclosures (Experts) | July 10, 2020 | **October 8, 2020** |
| Rebuttal Experts | August 10, 2020 | **November 9, 2020** |
| Dispositive Motions | October 8, 2020 | **January 6, 2021** |
| Joint Pretrial Order | November 9, 2020 | **February 5, 2021** |
| Fed. R. Civ. P. 26(a)(3) Disclosures | November 9, 2020 | **February 5, 2021** |

Dated: June 18, 2020                                    Dated: June 18, 2020

Respectfully submitted,                              Respectfully submitted,

*/s/ Andre M. Lagomarsino*                        */s/ Amy L. Thompson*
ANDRE M. LAGOMARSINO, ESQ.         MONTGOMERY Y. PAEK, ESQ.
LAGOMARSINO LAW                              AMY L. THOMPSON, ESQ.
                                                                  LITTLER MENDELSON, P.C.
Attorney for Plaintiff

Attorneys for Defendant

**IT IS SO ORDERED.**

Dated this 22nd day of ___June___, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4848-7515-2320.1 057419.1005

4.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800