**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
DAVEN P. CAMERON, ESQ.
Nevada Bar No. 14179
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
daven@lagomarsinolaw.com
*Attorneys for Plaintiff Jasmine Easley*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE A. EASLEY, individually,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIPRISE FINANCIAL SERVICES, INC. n/k/a AMERIPRISE FINANCIAL SERVICES, LLC, a Delaware Corporation;<br><br>Defendant. | CASE NO.:  2:19-cv-02214-APG-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff JASMINE A. EASLEY, and Defendant AMERIPRISE FINANCIAL, LLC, through their respective attorneys of record, hereby stipulate and agree that Plaintiff may have up to, and including, July 9, 2020 to file her Reply to Defendant's Response (ECF No. 26) to her Motion to Amend (ECF No. 23), which was filed on June 10, 2020. This is the first stipulation for extension of time for Plaintiff to file her Reply.

. . .

. . .

. . .

Defendant served its Response to Plaintiff's Motion on June 26, 2020 and the Reply deadline was set for July 1, 2020. Good cause exists to grant this extension due to Plaintiff's counsel's current scheduling conflicts.

IT IS SO STIPULATED.

DATED this 26th day of June, 2020.   DATED this 26th day of June, 2020.

**LAGOMARSINO LAW**   **LITTLER MENDELSON, P.C.**

 /s/ Daven P. Cameron    /s/ Amy L. Thompson 
ANDRE M. LAGOMARSINO, ESQ. (#6711)   MONTGOMERY Y. PAEK, ESQ. (#10176)
DAVEN P. CAMERON, ESQ. (#14179)   AMY L. THOMPSON, ESQ. (#11907)
3005 W. Horizon Ridge Pkwy., #241   3960 Howard Hughes Pkwy., #300
Henderson, Nevada 89052   Las Vegas, Nevada 89169
Telephone: (702) 383-2864   Telephone: (702) 862-8800
Facsimile: (702) 383-0065   Facsimile: (702) 862-8811
*Attorneys for Plaintiff*   *Attorneys for Defendant*
*Jasmine Easley*   AMERIPRISE FINANCIAL SERVICES, INC., n/k/a Ameriprise Financial Services, LLC

**IT IS SO ORDERED.**

Dated: __June 30, 2020_____.

_____
U.S. DISTRICT COURT JUDGE