**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
DAVEN P. CAMERON, ESQ.
Nevada Bar No. 14179
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
daven@lagomarsinolaw.com
*Attorneys for Plaintiff Jasmine Easley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE A. EASLEY, individually, | CASE NO.:  2:19-cv-02214-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |
| AMERIPRISE FINANCIAL SERVICES, INC. n/k/a AMERIPRISE FINANCIAL SERVICES, LLC, a Delaware Corporation; | **(Second Request)** |
| Defendant. | |

Pursuant to LR IA 6-1, 6-2, and LR II 26-4, Plaintiff JASMINE A. EASLEY, and Defendant AMERIPRISE FINANCIAL SERVICES, INC. n/k/a AMERIPRISE FINANCIAL SERVICES, LLC, through their respective attorneys of record, hereby stipulate to amend the *Discovery Plan and Scheduling Order* (ECF No. 15), and further amend the *Stipulation and Order to Extend Discovery Deadlines (First Request)* (ECF No. 25), by extending the outstanding discovery deadlines for a period of sixty (60) days.  This is the second request for an extension to the Discovery Plan and Scheduling Order in this matter. The requested extension is sought in good faith and not for purposes of undue delay. This request is submitted at least twenty-one (21) days or more before each deadline set forth below.

. . .

## DISCOVERY COMPLETED TO DATE

The parties have exchanged initial disclosures pursuant to FRCP 26(a)(1). Plaintiff has served four (4) supplements, and Defendant has served a first supplement, to their initial disclosures. Defendant propounded its First Set of Interrogatories and Requests for Production of Documents on Plaintiff and has received responses. Plaintiff propounded her First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission and Defendant has responded. Defendant has issued a FOIA request and received a response. Defendant has issued third party subpoenas to Plaintiff's prior employers and medical providers. Plaintiff's deposition has been scheduled for October 21, 2020 but will be moved to November 13, 2020. Witness depositions of Mr. Rivellini and Ms. Link have been scheduled for November 12, 2020 and November 20, 2020, respectively.

## DISCOVERY THAT REMAINS TO BE COMPLETED

Written discovery is ongoing in this case. The parties are in the process of reviewing each other's discovery responses. Defendant will require time to receive and review subpoenaed records, assess the need for third-party depositions concerning the subpoenaed records, and take Plaintiff's deposition together with any percipient witnesses. Plaintiff intends to take depositions of Defendant's percipient witnesses.

## REASONS FOR EXTENSION TO COMPLETE DISCOVERY

This extension is necessary to allow both parties ample time to complete all appropriate discovery. Specifically, additional time is needed to complete additional written discovery, and serve and receive responses to third-party subpoenas, as well as notice and take depositions and conduct additional third-party discovery. Responses to subpoenas have been delayed due to COVID-19 related issues resulting in delays in service and response time due to business impacts of the third parties where subpoenas were directed. Furthermore, Plaintiff's counsel is scheduled to be on a medical leave of absence for two (2) weeks beginning October 16, 2020.

The parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadline. Good cause exists to extend all deadlines in order to permit the parties to achieve their respective stated discovery goals and in consideration of current restrictions in place that have affected the parties' availability, witness availability, and undersigned counsel's availability.

**PROPOSED REVISED DISCOVERY PLAN**

1. Discovery Cut-Off Deadline

The discovery cut-off deadline shall be extended for sixty (60) days from December 7, 2020 to **Friday, February 5, 2021**.

2. Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)

The deadline for disclosures identifying rebuttal experts shall be made not later than **Friday, January 8, 2021**.

2. Dispositive Motions Deadline

The parties shall file dispositive motions thirty (30) days after the extended discovery cut-off date of February 5, 2021 and therefore, not later than **Monday, March 8, 2021.**

3. Joint Pretrial Order Deadline

If no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed thirty (30) days after the date set for filing dispositive motions, and therefore, not later than **Wednesday, April 7, 2021.** In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

4. Fed. R. Civ. P. 26(a)(3) Disclosures

If no dispositive motions are filed, and unless otherwise ordered by this Court, the pre-trial disclosures deadline shall be thirty (30) days from the extended dispositive motions deadline of January 6, 2021, and therefore, not later than **Wednesday, April 7, 2021.**

5.  Extensions or Modification of the Discovery Plan and Scheduling Order

In accordance with Local Rule 26-4, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

Accordingly, the parties stipulate, subject to approval of this Court, to the following new proposed deadlines:

|  | Current Deadline | **Revised Deadline** |
|---|---|---|
| Rebuttal Expert Disclosure | November 9, 2020 | **January 8, 2021** |
| Discovery Cut-Off | December 7, 2020 | **February 5, 2021** |
| Dispositive Motions | January 6, 2021 | **March 8, 2021** |
| Joint Pretrial Order | February 5, 2021 | **April 7, 2021** |
| Fed. R. Civ. P. 26(a)(3) Disclosures | February 5, 2021 | **April 7, 2021** |

IT IS SO STIPULATED.

DATED this 19th day of October, 2020.   DATED this 19th day of October, 2020.

**LAGOMARSINO LAW**   **LITTLER MENDELSON, P.C.**

 /s/ Daven P. Cameron    /s/ Z. Kathryn Branson
ANDRE M. LAGOMARSINO, ESQ. (#6711)   MONTGOMERY Y. PAEK, ESQ. (#10176)
DAVEN P. CAMERON, ESQ. (#14179)   AMY L. THOMPSON, ESQ. (#11907)
3005 W. Horizon Ridge Pkwy., #241   Z. KATHRYN BRANSON, ESQ. (#11540)
Henderson, Nevada 89052   3960 Howard Hughes Pkwy., #300
Telephone: (702) 383-2864   Las Vegas, Nevada 89169
Facsimile: (702) 383-0065   Telephone: (702) 862-8800
*Attorneys for Plaintiff*   Facsimile: (702) 862-8811
*Jasmine Easley*   *Attorneys for Defendant*
   *AMERIPRISE FINANCIAL SERVICES, INC., n/k/a Ameriprise Financial Services, LLC*

**IT IS SO ORDERED.**

Dated: October 23, 2020.

_____
UNITED STATES MAGISTRATE JUDGE