MONTGOMERY Y. PAEK, ESQ., Bar # 10176
Z. KATHRYN BRANSON, ESQ., Bar #11540
AMY L. THOMPSON, ESQ., Bar # 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: mpaek@littler.com
kbranson@littler.com
athompson@littler.com

Attorneys for Defendant
AMERIPRISE FINANCIAL SERVICES, INC., n/k/a/Ameriprise Financial Services, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASMINE A. EASLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERIPRISE FINANCIAL SERVICES, INC., n/k/a/AMERIPRISE FINANCIAL SERVICES, LLC, a Delaware Corporation,<br><br>        Defendant. | Case No. 2:19-cv-02214-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

    Plaintiff JASMINE A. EASLEY ("Plaintiff") and Defendant AMERIPRISE FINANICAL SERVICES, INC. n/k/a AMERIPRISE FINANCIAL SERVICES, LLC, by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

    The parties agree that neither party shall be deemed to be a prevailing party in this action and

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

IT IS SO STIPULATED.

DATED this 20th day of January, 2021.

**LAGOMARSINO LAW**

 /s/ *Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
DAVEN P. CAMERON, ESQ. (#14179)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff*
*Jasmine Easley*

DATED this 20th day of January, 2021.

**LITTLER MENDELSON, P.C.**

 /s/ *Z. Kathryn Branson*
MONTGOMERY Y. PAEK, ESQ. (#10176)
Z. KATHRYN BRANSON, ESQ. (#11540)
AMY L. THOMPSON, ESQ. (#11907)
3960 Howard Hughes Pkwy., #300
Las Vegas, Nevada 89169
Telephone: (702) 862-8800
Facsimile: (702) 862-8811
*Attorneys for Defendant*
AMERIPRISE FINANCIAL SERVICES, INC., *n/k/a Ameriprise Financial Services, LLC*

**IT IS SO ORDERED.**

Dated:  January 21, 2021          .

_____
UNITED STATES DISTRICT JUDGE

4816-1128-0596.1 057419.1005

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.